# SHER TREMONTE LLP

December 1, 2020

**BY ECF**

Application granted.  The conference is adjourned to December 15, 2020 at 11:30 a.m.

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 1, 2020

Re:   *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request an adjournment of the violation of supervised release hearing scheduled for today at 11:30 a.m., because Mr. Valentino is unable to attend court today due to illness.  Specifically, he has tested positive for, and is suffering symptoms of, Covid-19.  Accordingly, we request a two-week adjournment of the hearing date.  The government consents to the requested adjournment.

Sincerely,

/s/_____
Michael Tremonte

cc:   All counsel (via ECF)