# SHER TREMONTE LLP

January 4, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The hearing is adjourned to January 22, 2021 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 4, 2021

Re:   *United States v. Giuseppe Valentino*, **13 Cr. 872 (RA)**

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a third adjournment of the violation of supervised release hearing in this case, which is scheduled for today, January 4, 2021, at 11:00 a.m., because Mr. Valentino is unable to prepare for and attend court due to illness. Specifically, he has tested positive for and continues to suffer symptoms of Covid-19. Accordingly, we request a two-week adjournment of the hearing date. The government consents to the requested adjournment.

Sincerely,

/s/_____
Michael Tremonte

cc:   All counsel (via ECF)