# SHER TREMONTE LLP

January 20, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  The hearing is adjourned to February 5, 2021 at 10:00 a.m.

SO ORDERED.

_/s/_

Ronnie Abrams, U.S.D.J.
January 21, 2021

Re:   *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a fourth adjournment of the violation of supervised release hearing in this case, which is scheduled for tomorrow, January 20, 2021, at noon, because Mr. Valentino is unable to prepare for and attend court due to illness.  Specifically, he has tested positive for and continues to suffer symptoms of Covid-19.  Accordingly, we request a two-week adjournment of the hearing date.  The government consents to the requested adjournment.

Sincerely,

/s/
Michael Tremonte

cc:   All counsel (via ECF)