# SHER TREMONTE LLP

February 4, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The hearing is adjourned to February 19, 2021 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 5, 2021

Re: *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a fourth adjournment of the violation of supervised release hearing in this case, which is scheduled for tomorrow, February 5, 2021, at 10:00 a.m., because Mr. Valentino is unable to prepare for and attend court due to illness.  Specifically, after testing positive for and continuing to suffer symptoms of Covid-19, Mr. Valentino was admitted to the hospital; he was discharged earlier this week and, as a result, the undersigned was not able to confer with Mr. Valentino in preparation for tomorrow's hearing.  Accordingly, we request a two-week adjournment of the hearing date.  The government consents to the requested adjournment.

Sincerely,

/s/_____
Michael Tremonte

cc: All counsel (via ECF)