# SHER TREMONTE LLP

February 18, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The VOSR hearing scheduled for February 19, 2021 is adjourned to March 5, 2021 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 18, 2021

Re:   *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a sixth adjournment of the violation of supervised release hearing in this case, which is scheduled for tomorrow, February 5, 2021, at 10:00 a.m., because Mr. Valentino is unable to prepare for and attend court due to illness. Specifically, after testing positive for and continuing to suffer symptoms of Covid-19, Mr. Valentino was admitted to the hospital; he was subsequently discharged but continues to suffer Covid-19 related symptoms, including severe vertigo, as a result of which he remains bedridden. As a consequence of these ongoing health issues, the undersigned has not able to confer with Mr. Valentino in preparation for tomorrow's hearing. Accordingly, we request a two-week adjournment of the hearing date. The government consents to this request.

                                  Sincerely,

                                  /s/_____
                                  Michael Tremonte

cc:   All counsel (via ECF)