# SHER TREMONTE LLP

September 24, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  The conference is adjourned to October 29, 2021 at 10:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 24, 2021

    **Re:**    *United States v. Giuseppe Valentino*, **13 Cr. 872 (RA)**

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a further adjournment of the violation of supervised release hearing in this case, which is scheduled for today, September 24, 2021, because the parties continue to negotiate towards a resolution of this matter.  We understand that the Court has availability on October 29, 2021 at 10:00 am.  The government consents to this request.

                      Sincerely,

                      /s/_____
                      Michael Tremonte

cc:    All counsel (via ECF)