# SHER TREMONTE LLP

November 18, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Giuseppe Valentino*, **13 Cr. 872 (RA)**

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a further 60-day adjournment of the violation of supervised release hearing in this case, which is scheduled for tomorrow, November 19, 2021, because the parties continue to discuss a potential resolution of this matter while Mr. Valentino's related state case in New Jersey remains pending. The government consents to this request.

                                    Sincerely,

                                    /s/_____
                                    Michael Tremonte

                                    Application granted. The conference is adjourned to
                                    January 28, 2022 at 11:00 a.m.

cc:    All counsel (via ECF)              SO ORDERED.

                                    _____
                                    Ronnie Abrams, U.S.D.J.
                                    November 19, 2021