# SHER TREMONTE LLP

January 26, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a further 90-day adjournment of the violation of supervised release hearing in this case, which is scheduled for this coming Friday, January 28, 2022, because the parties continue to discuss a potential resolution and because Mr. Valentino's related state case in New Jersey remains pending. In the state case, an evidentiary hearing is scheduled for this coming Monday, January 31, 2022, the outcome of which may impact plea discussions. The government consents to this request.

    Sincerely,

    /s/
    Michael Tremonte

cc:    All counsel (via ECF)

Application granted. The conference is adjourned to April 29, 2022 at 3:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 27, 2022