**SHER TREMONTE LLP**

June 1, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The conference is adjourned to August 5, 2022 at 3:00 p.m.

SO ORDERED.

*/s/*

Ronnie Abrams, U.S.D.J.
June 1, 2022

Re:   *United States v. Giuseppe Valentino*, 13 Cr. 872 (RA)

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a further 60-day adjournment of the violation of supervised release hearing in this case, which is scheduled for tomorrow, June Friday, January 28, 2022, because the parties continue to discuss a potential resolution and because Mr. Valentino's related state case in New Jersey remains pending.  In addition, I have contracted Covid and cannot attend Court tomorrow.  The government consents to this request.

Sincerely,

/s/
Michael Tremonte

cc:   All counsel (via ECF)