**SHER TREMONTE LLP**

October 5, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The violation of supervised release hearing is adjourned to December 9, 2022 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 5, 2022

**Re:**   *United States v. Giuseppe Valentino*, **13 Cr. 872 (RA)**

Dear Judge Abrams:

    I write on behalf of our client, Giuseppe Valentino, to request a further 60-day adjournment of the violation of supervised release hearing in this case, which is scheduled for Thursday, October 6, 2022, because the parties continue to discuss a potential resolution and because Mr. Valentino's related state case in New Jersey remains pending. The government consents to this request.

Sincerely,

/s/_____
Michael Tremonte

cc:   All counsel (via ECF)