

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to February 10, 2023 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 7, 2022

Re: *United States v. Giuseppe Valentino*, 13-cr-872 (RA)

Dear Judge Abrams:

    The parties write to request a 60-day adjournment of the status conference scheduled for December 9, 2022 at 2:00 p.m. in the above-captioned case. The parties seek this adjournment because Mr. Valentino's state case in New Jersey remains pending and because the parties continue to discuss a potential resolution of the specifications.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: Brandon C. Thompson
Assistant United States Attorneys
(212) 637-2444

cc: Counsel of Record (by ECF)